# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SCOTT DURNIN AND AMANDA D.
DURNIN

NO.  2021 CW 1407

VERSUS

DR. HENRY L. EISERLOH AND
ABC INSURANCE COMPANY

**DECEMBER 10, 2021**

---

In Re:   James E. Craven, IV, M.D. and Louisiana Medical Mutual
         Insurance Company, applying for supervisory writs,
         19th Judicial District Court, Parish of East Baton
         Rouge, No. 630066.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                              **PMc**
                              **JEW**
                              **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT